# United States Court of Appeals
## For the First Circuit

No. 04-1709

COMMERCIAL UNION INSURANCE COMPANY and
AMERICAN EMPLOYERS' INSURANCE COMPANY,

Plaintiffs, Appellants,

v.

SWISS REINSURANCE AMERICA CORPORATION,

Defendant, Appellee.

ERRATA

The opinion of this court dated June 27, 2005, is amended as follows:

On page 15, first full paragraph, line 7, replace "Union's" with "Union."